# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

161379

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DORIAN CHARNELL CLEMENTS,
     Defendant-Appellant.

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 161379
COA: 352697
Washtenaw CC: 19-000192-FH

_____/

On order of the Court, the application for leave to appeal the March 24, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *People v Lewis* (Court of Appeals Docket No. 350287). After *Lewis* is decided, the Court of Appeals shall reconsider this case in light of *Lewis*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

t1014